IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

No: Criminal No: 12-154

vs.

DEANNA TYLER,

Defendant.

## ORDER OF COURT

AND NOW, this _2l_ day of ___Dec_____, 2012, in accordance

with the foregoing Motion, It is Hereby ORDERED that the Defendant's Motion for

House Arrest Window is GRANTED. It is further ORDERED that

Defendant, Deanna Tyler, is permitted a house arrest window on December 25, 2012,

at 9:00 a.m. to 9:00 p.m.

UNITED STATES DISTRICT JUDGE